IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMY ASHLEY                                                                    PLAINTIFF

v.                       CASE NO. 3:16-CV-00338 BSM

JONESBORO PARTNERS LP                                 DEFENDANT

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 10], this case is dismissed with prejudice, with each party to bear its own fees and costs, except as provided in the parties' settlement agreement. The undersigned will retain jurisdiction for sixty days for the purpose of enforcing the settlement agreement.

IT IS SO ORDERED this 10th day of May 2017.

_____
UNITED STATES DISTRICT JUDGE