IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMY ASHLEY                                                                                         PLAINTIFF

v.                                    CASE NO. 3:16-CV-00338 BSM

JONESBORO PARTNERS LP                                                                  DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

DATED this 10th day of May 2017.

_____
UNITED STATES DISTRICT JUDGE